

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2014

No. 04-14-00204-CR

Benito Aguilar **GARZA, JR**.,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-05-13044-CR
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

On May 29, 2014, Appellant's attorney filed a motion to withdraw his appeal "for the reason that no action is needed at this time." We note the motion was signed by Appellant Benito Garza. Appellant's motion, however, does not comply with Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2. Appellant is ordered to file a Motion to Dismiss in accordance with Rule 42.2, no later than June 20, 2014. Absent a motion to dismiss, this matter will remain on this court's docket and all appellate deadlines will be enforced.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court